DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON BRANDON MERVIL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2025-1385 and 4D2025-1386

[April 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard Kelly Coates, Jr., Judge; L.T. Case Nos. 502022CF008157AXXXMB and 502022CF008194AXXXMB.

Daniel Eisinger, Public Defender, and Ethan Goldberg, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Briana Paige Reed, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Russel v. State*, 982 So. 2d 642, 646 (Fla. 2008) ("It is undisputed that hearsay evidence is admissible in a probation revocation hearing to prove a violation of probation. However, the hearsay evidence may not form the sole basis for revocation. The hearsay evidence must be supported by non-hearsay evidence." (citation omitted)); *Sinclair v. State*, 995 So. 2d 552, 555 (Fla. 3d DCA 2008) ("We hold that a sufficiently experienced officer may opine regarding the identity of crack cocaine."), *rev. denied*, 8 So. 3d 358 (Fla. 2009); *R.C. v. State*, 192 So. 3d 606, 611 (Fla. 2d DCA 2016).

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***